# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 10-cv-01693-CMA-CBS

STATE FARM FIRE AND CASUALTY COMPANY,

    Plaintiff,

v.

OSRAM SYLVANIA INC., a Delaware corporation,

    Defendant.

## ORDER OF RECUSAL

    This matter is before me on a review of the file. Based on my past professional relationship with Defendant's counsel, I believe that I should recuse myself. It is, therefore,

    ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

    DATED: July __22__, 2010

                                                      BY THE COURT:

                                                      _____
                                                      CHRISTINE M. ARGUELLO
                                                      United States District Judge